IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| THE PROPRIETORS OF STRATA PLAN NO. 36, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:09-cv-550 (AJT-TRJ) |
| CORAL GARDENS RESORT MANAGEMENT, LTD., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on Defendants' Motion to Vacate Entry of Default Against Defendants Coral Gardens Resort Management, Ltd and Ron Karnehm and to Dismiss All Counts of the Complaint Against All Defendants on Grounds of Lack of Personal Jurisdiction and Forum Non Conveniens (Doc. No. 25). For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion to Vacate Entry of Default Against Defendants Coral Gardens Resort Management, Ltd and Ron Karnehm and to Dismiss All Counts of the Complaint Against All Defendants on Grounds of Lack of Personal Jurisdiction and Forum Non Conveniens (Doc. No. 25) be, and the same hereby is, GRANTED and the Complaint be, and the same hereby is, DISMISSED.

This Order is final.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 16, 2009